# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

**ARTHUR RAY ROBINSON,**
**Petitioner**

**CIVIL ACTION NO. 18-0743-P**

**VERSUS**

**JUDGE S. MAURICE HICKS, JR.**

**WARDEN,**
**Respondent**

**MAGISTRATE JUDGE PEREZ-MONTES**

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition is **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 28th day of September, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT